MARGARET DONOVAN, as Executrix of BRIDGET HART-NETT, Deceased, Respondent, *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN, Appellant.

*Hartnett* v. *Brotherhood of Locomotive Firemen & Enginemen*, 167 App. Div. 944, affirmed.

(Argued May 2, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 8, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action on a policy of life insurance. One William Hartnett, son of plaintiff's testatrix, became a member of defendant brotherhood in July, 1908. He remained a member in good standing until the 30th of July, 1910. The constitution of said appellant provided that assessments of members were due and payable on or before the first day of each month. The assessments due on the first of August were not paid until the 29th of August, 1910, when said Hartnett caused them to be paid to the local financial secretary of said appellant, who received them, made out and delivered a receipt for the same and signed a certificate to the effect that said William Hartnett was in good health. On the 1st of September, 1910, Hartnett became ill, went to a hospital and died on the 5th of September, 1910. The local financial secretary of said defendant failed to forward the deliquent assessments and the certificate of health and the request for reinstatement to the grand secretary of said defendant until the 3d day of September, 1910. The 4th and 5th days of September, 1910, Sunday and Labor Day, were legal holidays. Said assessments, certificate and request did not reach the grand secretary until the sixth day of September, when the notice of death sent on the fifth reached the grand secretary in the same mail. The appellant refused to reinstate said insured and after proofs of death were submitted refused to pay the benefits under said policy.

*Herbert N. Babcock* for appellant.

*John F. Murtaugh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.